JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>MERCEDEZ BROWN, SEQUOIA BROWN, CHAMPELL ROSS, and R.R., a minor,<br><br>    Defendants. | No.   CV 10-2346 PA (JCx)<br><br>JUDGMENT |

In accordance with this Court's December 13, 2010 Minute Order granting the Motion for Default Judgment filed by plaintiff American General Life Insurance Company ("Plaintiff") against defendants Mercedez Brown, Sequoia Brown, and Champell Ross, it is hereby ORDERED, ADJUDGED, and DECREED that:

    1.    The term life insurance policy number YMD7047831 issued by Plaintiff to Shanetelle Coley was properly rescinded by Plaintiff and is void *ab initio*.

    2.    Plaintiff shall recover its cost of suit.

DATED: December 13, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE